## LUBA N. HILL *v.* JAMES T. HILL

The plaintiff's petition for certification for appeal from the Appellate Court, 48 Conn. App. 916 (AC 16808), is denied.

*Luba N. Hill,* pro se, in support of the petition.

Decided September 15, 1998

## B AND D ASSOCIATES ET AL. *v.* BOARD OF EXAMINERS FOR PROFESSIONAL ENGINEERS AND LAND SURVEYORS

The plaintiffs' petition for certification for appeal from the Appellate Court, 48 Conn. App. 914 (AC 17484), is denied.

*Richard E. Blodgett, Jr.,* pro se, in support of the petition.

*William H. Douglass,* pro se, in opposition.

Decided September 15, 1998